495 A.2d 836

**David L. JOHNSON, Trustee**

v.

**BORG–WARNER ACCEPTANCE CORPORATION.**

No. 73, Sept. Term, 1985.

Court of Appeals of Maryland.

July 17, 1985.

Submitted to MURPHY, C.J., and SMITH, ELDRIDGE, COLE, RODOWSKY and COUCH, JJ.

PER CURIAM.

ORDER

The Court having considered and granted the petition for writ of certiorari, in the above entitled case, it is this 17th day of July, 1985

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case remanded to that Court for reconsideration, mandate to issue forthwith with costs to be paid by the appellee.